**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Sanochemia Corporation,<br><br>Debtor. | Chapter 7<br><br>Case No. \_\_20-12443_____ |

GLOBAL NOTES, METHODOLOGY AND SPECIFIC
DISCLOSURES REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND
LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

Introduction

Sanochemia Corporation (the "**Debtor**"), with the assistance of its advisors, has filed its Schedules of Assets and Liabilities (the "**Schedules**") and Statement of Financial Affairs (the "**SOFA**", and together with the Schedules, the "**Schedules and SOFA**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtor's Schedules of Assets and Liabilities and Statements of Financial Affairs (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of the Debtor's Schedules and SOFA.  The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and SOFA.

The Schedules and SOFA do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States, nor are they intended to be fully reconciled with the financial statements of the Debtor (whether publicly filed or otherwise).  Additionally, the Schedules and SOFA contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtor's reasonable best effort to report the assets and liabilities of the Debtor.

In preparing the Schedules and SOFA, the Debtor relied upon information derived from its books and records that was available at the time of such preparation.  Although the Debtor has made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and SOFA.  Accordingly, the Debtor reserves all of its rights to amend, supplement, or otherwise modify the Schedules and SOFA as is necessary and appropriate.  Notwithstanding the foregoing, the Debtor shall not be required to update the Schedules and SOFA.

The Debtor, its directors, officers, employees, agents and attorneys do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether

negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein.  Except as expressly required by the Bankruptcy Code, the Debtor and its directors, officers, employees, agents and attorneys expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized.  The Debtor, on behalf of itself, its directors, officers, employees, agents and advisors, disclaims any liability to any third party arising out of or related to the information contained in the Schedules and SOFA and reserves all rights with respect thereto.

The Schedules and SOFA have been signed by an authorized representative of the Debtor.  In reviewing and signing the Schedules and SOFA, this representative relied upon the efforts, statements and representations of the Debtor's other personnel.  The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

<u>Global Notes and Overview of Methodology</u>

1.      <u>Reservation of Rights</u>.  Reasonable best efforts have been made to prepare and file complete and accurate Schedules and SOFA; however, inadvertent errors or omissions may exist.  The Debtor reserves all rights to amend or supplement the Schedules and SOFA from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and SOFA with respect to claim ("**Claim**") description and designation; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and SOFA as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim.  Any failure to designate a Claim in the Schedules and SOFA as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such Claim or amount is not "disputed," "contingent," or "unliquidated."  Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against the Debtor.  Furthermore, nothing contained in the Schedules and SOFA shall constitute a waiver of rights with respect to the Debtor's chapter 7 case, including, without limitation, issues involving Claims, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant nonbankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.  Notwithstanding the foregoing, the Debtor shall not be required to update the Schedules and Statements.

2.      <u>Description of Cases and "as of" Information Date</u>.  On the date hereof (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code in the Bankruptcy Court.  The asset information provided herein, except as otherwise noted, represents the asset data of the Debtors as of the Petition Date, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtor as of the Petition Date.

LEGAL\48456976\1 26671.0001.000/464413.000

3.    <u>Net Book Value of Assets</u>.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtor to obtain current market valuations for all of its assets.  Accordingly, unless otherwise indicated, the Schedules and SOFA reflect net book values as of September 1, 2020, in the Debtor's books and records.  Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes do not appear in the Schedules and SOFA as they have no net book value.  The Debtor reserves its right to amend or adjust the value of each asset or liability set forth herein.

4.    <u>Recharacterization</u>.  Notwithstanding the Debtor's reasonable best efforts to properly characterize, classify, categorize or designate certain Claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and SOFA, the Debtor may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtor's business.  Accordingly, the Debtor reserves all of its rights to recharacterize, reclassify, recategorize, redesignate, add or delete items reported in the Schedules and SOFA at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition, and whether contracts or leases listed herein are, in fact, true leases or disguised financings.

5.    <u>Insiders</u>.  Solely for purposes of the Schedules and SOFA, the Debtor defines "insiders" to include the following: (a) directors; (b) equity holders holding in excess of 5% of the voting securities of the Debtor; (c) affiliates; and (d) relatives of any of the foregoing (to the extent known by the Debtor).  Persons listed as "insiders" have been included for informational purposes only and by including them in the Schedules and SOFA, shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code.  Moreover, the Debtor does not take any position with respect to: (a) such person's influence over the control of the Debtor; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether the Debtor or such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

6.    <u>Intellectual Property Rights</u>.  Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Accordingly, the Debtor reserves all rights with respect to the legal status of any and all such intellectual property rights.

7.    <u>Classifications</u>.  Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F Part 1 as "priority," or (c) Schedule E/F Part 2 as "unsecured" does not constitute an admission by the Debtor of the legal rights of the Claimant or a waiver of the Debtor's rights to recharacterize or reclassify such Claims or contracts or to setoff of such Claims.

3

8.      Claims Description.  Schedules D and E/F permit the Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated."  Any failure to designate a Claim on the Schedules and SOFA as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection.  The Debtor reserves all rights to dispute, or assert offsets or defenses to, any Claim reflected on the Schedules and SOFA on any grounds, including liability or classification.  Additionally, the Debtor expressly reserves all of their rights to subsequently designate such Claims as "disputed," "contingent," or "unliquidated."  Moreover, listing a Claim does not constitute an admission of liability by the Debtor.

9.      Causes of Action.  Despite its reasonable best efforts to identify all known assets, the Debtor may not have listed all of its causes of action or potential causes of action against third parties as assets in the Schedules and SOFA, including, without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  The Debtor reserves all rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-claim, counter-claim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") it may have, and neither these Global Notes nor the Schedules and SOFA shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

10.      Summary of Significant Reporting Policies.  The following is a summary of significant reporting policies:

a.      Undetermined Amounts.  The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

b.      Totals.  All totals that are included in the Schedules and SOFA represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

c.      Liens.  Property and equipment listed in the Schedules and SOFA are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

11.      Estimates and Assumptions.  Because of the timing of the filings, the Debtor was required to make certain estimates and assumptions that affected the reported amounts of assets and liabilities.  Actual results could differ from those estimates, perhaps materially.  The Debtor reserves all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

12.      Currency.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

13.    Global Notes Control.  In the event that the Schedules and SOFA differ from the foregoing Global Notes, the Global Notes shall control.

Specific Disclosures with Respect to the Debtors' Schedules

Schedule A/B.  All values set forth in Schedule A/B reflect the book value of the Debtor's assets as of the Petition Date unless otherwise noted below.

Schedule A/B 3.  Cash value held in financial account listed on Schedule A/B3 is as of September 18, 2020.

Schedule A/B 11.b.  The listed receivable of $900,000 is owed by RK PHARMA SOLUTIONS LLC,15 CORPORATE PLACE S, SUITE 108 PISCATAWAY, NJ 08854.  This account debtor has disputed that it is obligated for this amount.

Schedule A/B 60.  Intellectual property listed in Schedule A/B 60 has an undetermined amount on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from net book value.  Nothing herein or in the Schedules and SOFA shall be construed as an admission or acknowledgment by the Debtor that any particular intellectual property is not transferable either pursuant to its terms or pursuant to provisions of the Bankruptcy  Code or has no market value, and the Debtor reserves all rights with respect to any such issues.

Schedule D.  The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive.  Accordingly, not all such dates are included for each Claim. All Claims listed on Schedule D, however, appear to have arisen or been incurred before the Petition Date.

The Debtor reserves all rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset of a secured creditor listed on Schedule D.  Moreover, although the Debtor has scheduled Claims of various creditors as secured Claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's Claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's Claim.  The descriptions provided on Schedule D are solely intended to be a summary—and not an admission—of liability.

Reference to the applicable credit agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens.  Nothing in the Global Notes or the Schedules and SOFA shall be deemed a modification or interpretation of the terms of such agreements.  Nothing herein shall be construed as an admission by the Debtor of the legal rights of the Claimant or a waiver of the Debtor's rights to recharacterize or reclassify such Claim or contract.

Moreover, the Debtor has not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

Schedule D/2.1.    UniCredit Bank Austria AG currently is the holder of this debt, as the assignee of the original creditor, Werfft-Pharma Kft.  UniCredit Bank is not an affiliate of the Debtor, but Werftt-Pharma is an affiliate of the Debtor.  As noted in the Schedules, this claim appears to be unperfected, based on a UCC search conducted in Delaware on September 8, 2020 indicating that there are no financing statements of record against the Debtor.

Schedule F.  The Debtor has used reasonable best efforts to report all general unsecured Claims against the Debtor on Schedule F based upon the Debtor's existing books and records as of the Petition Date.

The Claims listed on Schedule F arose or were incurred on various dates.  In certain instances, the date on which a Claim arose is an open issue of fact.  Although reasonable efforts have been made to identify the date of incurrence of each Claim, determining the date upon which each Claim on Schedule F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtor does not list a date for each Claim listed on Schedule F.

LEGAL\48456976\1 26671.0001.000/464413.000

**Fill in this information to identify the case:**

Debtor name    Sanochemia Corporation

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    20-12443

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................................................      $      0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................      $      905,739.22

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................................      $      905,739.22

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................      $      305,142.43

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................      $      0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................      +$      3,575,737.76

4. **Total liabilities** ...........................................................................................................................
    Lines 2 + 3a + 3b      $      3,880,880.19

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Sanochemia Corporation |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | 20-12443 |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Wells Fargo Bank<br>9125 LAWYERS RD<br>CHARLOTTE, NC, 28227<br>Phone: 704-545-3239 | | 3557 | $5,739.22 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $5,739.22 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11b. Over 90 days old: | 50,898.56 | - | 50,898.56 | =.... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Sanochemia Corporation | Case number *(If known)* | 20-12443 |
|---|---|---|---|
| | Name | | |

| 11b. Over 90 days old: | 8,045.00 | - | 8,045.00 | =.... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 900,000.00 | - | 0.00 | =.... | $900,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**                                                                                                  $900,000.00

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:        Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:        Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:        Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:        Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:        Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:        Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:        Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 2 |
|---|---|---|

Debtor      Sanochemia Corporation
            _____          Case number *(If known)*    20-12443
                        Name                                                                      _____

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** Customer lists for the discontinued HIV-IFA test product | | | |
| ** Customers are not individual patients;personal health information not included in these lists. | Unknown | | $0.00 |
| 64. **Other intangibles, or intellectual property** Drug manufacturing and regulatory dossiers for Scanlux and Magnetolux, imaging drugs | Unknown | | $0.00 |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

    |  |
    |---|
    | $0.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

| Debtor | Sanochemia Corporation | Case number *(If known)* | 20-12443 |
|---|---|---|---|
| | Name | | |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,739.22 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $900,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $905,739.22 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $905,739.22 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Sanochemia Corporation |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | 20-12443 |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A <br> **Amount of claim** <br> Do not deduct the value of collateral. | Column B <br> **Value of collateral that supports this claim** |
|---|---|---|---|---|
| **2.1** UniCredit Bank Austria AG <br> Creditor's Name <br><br><br><br> A-1020 Wien, Rothschildplatz 1 <br> Vienna, Austria <br> Creditor's mailing address <br><br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br> 9/17/2013 <br> **Last 4 digits of account number** <br> 9025 <br> **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien** <br> Over 90 days old: Claim against RK Pharma Solutions LLC for unpaid license fees totaling $900,000 under December 28, 2018 Exclusive License and Supply Agreement - Disputed by account debtor <br><br> Secured by unperfected lien in favor of UniCred <br><br> **Describe the lien** <br><br> **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ■ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) <br><br> **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | $305,142.43 | $900,000.00 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $305,142.43 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| **Name and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
| Lengyel Tamás <br> Werfft-Pharma Kft <br> 9028 Gyor, Szt. Imre u. 156/a <br> Hungary | Line 2.1 | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Sanochemia Corporation | Case number (if known) | 20-12443 |
|--------|------------------------|------------------------|----------|
| | Name | | |

UniCredit Bank Austria AG
6222 Special Loans & Sme/Zessionen                                    Line __2.1__
Rothschildplatz 4, A-1020 Wien
Vienna, Austria

**Fill in this information to identify the case:**

Debtor name    Sanochemia Corporation

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    20-12443

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
RK Pharma Solutions LLC
15 Corporate Place S, Suite 108
Piscataway, NJ 08854

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    **$100,000.00**
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Alleged right to refund under December 28, 2018 Exclusive License and Supply Agreement

Is the claim subject to offset? ■ No ☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
Sanochemia Pharmazeutika AG
Boltzmanngasse 9-11, 1090 Vienna, AT

**Date(s) debt was incurred** 10/31/2017, 12/31/2018
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    **$994,934.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loans for purpose of paying FDA (GDUFA and other regulatory) fees on behalf of Sanochemia Pharmazeutika AG

Is the claim subject to offset? ■ No ☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
Sanochemia Pharmazeutika AG
Boltzmanngasse 9-11, 1090 Vienna, AT

**Date(s) debt was incurred** 8/31/15 - 8/31/17
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    **$2,311,662.44**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Debt to Affiliate (appears in Debtor's books but Debtor lacks supporting documentation)

Is the claim subject to offset? ■ No ☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
U.S. Food and Drug Administration
Division of User Fee Management
White Oak Building 51, Room 5134
10903 New Hampshire Avenue
Silver Spring, MD 20903

**Date(s) debt was incurred** 1/31/2020
**Last 4 digits of account number** 9566

As of the petition filing date, the claim is: *Check all that apply.*    **$169,141.32**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Fiscal year 2019 GDUFA program fees

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Sanochemia Corporation | Case number (if known) | 20-12443 |
|---|---|---|---|
| | Name | | |

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Dr. Stephan Riel<br>RIEL & PARTNER<br>A-1030 Wien, Landstraßer Hauptstraße 1/2<br>Vienna, Austria | Line  3.2<br><br>☐   Not listed. Explain ____ | _ |
| 4.2 | Dr. Stephan Riel<br>RIEL & PARTNER<br>A-1030 Wien, Landstraßer Hauptstraße 1/2<br>Vienna, Austria | Line  3.3<br><br>☐   Not listed. Explain ____ | _ |
| 4.3 | U.S. Food and Drug Administration<br>P.O. Box 979108<br>Saint Louis, MO 63197-9000 | Line  3.4<br><br>☐   Not listed. Explain ____ | _ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.   $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.  **+**  $ | 3,575,737.76 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.   $ | 3,575,737.76 |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    Sanochemia Corporation

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    20-12443

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Sanochemia Corporation

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    20-12443

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

> **1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

> **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street<br><br>City   State   Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br><br>City   State   Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br><br>City   State   Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br><br>City   State   Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Sanochemia Corporation

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    20-12443

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    September 30, 2020      **X** /s/ G. William Basinger, Jr.
                                        Signature of individual signing on behalf of debtor

                                        G. William Basinger, Jr.
                                        Printed name

                                        Chief Operating Officer
                                        Position or relationship to debtor